# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **C.K.** through his next friend P.K.; **C.W.** through her next friend P.W.; **C.X.** through her next friend P.X.; **C.Y.** through his next friend P.Y., for themselves and those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**James V. McDonald,** in his official capacity as Commissioner of the New York State Department of Health; **Ann Marie T. Sullivan,** in her official capacity as Commissioner of the New York State Office of Mental Health,<br><br>**Defendants.** | **Civil Action No. 2:22-cv-01791-NJC-JMW**<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND FOR OTHER RELIEF** |

The Parties hereby move this Court for entry of an Order in the form set forth as Exhibit 4 to the Motion, providing as follows:

[1] Preliminarily approving the Class Action Settlement Agreement;

[2] Approving the Notice Plan addressing the manner of providing notice to Class Members, and the proposed Notice to Class Members;

[3] Setting a Hearing Date for a Fairness Hearing on the Motion for Final Approval of Settlement.

The Parties rely on and incorporate by reference the facts and legal arguments, as well as exhibits, set forth in the accompanying Memorandum of Law in support of this Motion.

SIGNATURE PAGE FOLLOWS

Dated: August 8, 2025

Respectfully submitted,

| | |
|---|---|
| **CHILDREN'S RIGHTS, INC.** | **LETITIA JAMES**<br>Attorney General<br>State of New York<br>*ATTORNEY FOR DEFENDANTS* |
| */s/ Daniele Gerard*<br>Harry Frischer<br>Daniele Gerard<br>88 Pine Street, Suite 800<br>New York, NY 10005<br>212-683-2210<br>hfrischer@childrensrights.org<br>dgerard@childrensrights.org | By:<br><br>*/s/ Adam Sansolo*<br>Adam Sansolo<br>Yuval Rubinstein<br>Assistant Attorneys General<br>28 Liberty Street<br>New York, NY 10005<br>Tel: (212) 416-8733<br>adam.sansolo@ag.ny.gov<br>yuval.rubinstein@ag.ny.gov |
| **DISABILITY RIGHTS NEW YORK**<br>Brandy L. L. Tomlinson<br>279 Troy Road, Ste 9<br>PMB 236<br>Rensselaer, NY 12144<br>518-432-7861<br>brandy.tomlinson@drny.org | |
| **PROSKAUER ROSE LLP**<br>Steven Holinstat<br>Jacob Wonn<br>Eleven Times Square<br>New York, NY 10036-8299<br>212-969-3183<br>sholinstat@proskauer.com<br>jwonn@proskauer.com | |
| **NATIONAL HEALTH LAW PROGRAM**<br>Kimberly Lewis (admitted *pro hac vice*)<br>Jane Perkins (admitted *pro hac vice*)<br>3701 Wilshire Blvd, Suite 750<br>Los Angeles, CA 90010<br>310-204-6010<br>lewis@healthlaw.org<br>perkins@healthlaw.org | |

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on August 8, 2025 to be served by operation of the Court's electronic filing system upon all parties.

>                                   */s/ Daniele Gerard*
> Daniele Gerard
> Children's Rights
> 88 Pine Street, Suite 800
> New York, NY 10005
> (212) 683-2210
> dgerard@childrensrights.org