# Appendix C

**<u>Summary of Total Attorneys' Fees</u>**
**Q2 2021 – Q3 2025**

**Children's Rights**

| Biller | Graduation Year | Billing Rate | Total Billable Hours per Biller | Total Fees |
|---|---|---|---|---|
| Harry Frischer | 1979 | $950 | 1,557.85 | $1,479,957.50 |
| Daniele Gerard | 1989 | $885 | 3,273.13 | $2,896,720.05 |
| Joshua Arocho | 2014 | $550 | 488.71 | $268,790.50 |
| Claire Glasspiegel | 2015 | $550 | 846.06 | $465,333.00 |
| Eugénie Iseman | 2019 | $400 | 515.77 | $206,308.00 |
| Valerie Achille | 2021 | $400 | 1,112.57 | $445,028.00 |
| | | | | |
| Brayden Bell | Paraprofessional | $150 | 307.00 | $46,050.00 |
| Leah Dunbar | Paraprofessional | $150 | 269.57 | $40,435.50 |
| Kai Velazquez | Paraprofessional | $150 | 75.34 | $11,301.00 |
| Ruth Zolla | Paraprofessional | $150 | 14.87 | $2,230.50 |
| | | | | |
| **TOTAL** | | | **8,460.87** | **$5,862,154.05** |

**NHeLP**

| Biller | Graduation Year | Billing Rate | Total Billable Hours per Biller | Total Fees |
|---|---|---|---|---|
| Jane Perkins | 1981 | $950 | 7.90 | $7,505.00 |
| Kim Lewis | 1989 | $885 | 304.60 | $269,571.00 |
| | | | | |
| **TOTAL** | | | **312.50** | **$277,076.00** |

**DRNY**

| Biller | Graduation Year | Billing Rate | Total Billable Hours per Biller | Total Fees |
|---|---|---|---|---|
| Josh Rosenthal | 2008 | $690 | 718 | $495,420.00 |
| Brandy Tomlinson | 2011 | $690 | 1,113.20 | $768,108.00 |
| Ivana Berlin | 2022 | $400 | 285.10 | $114,040.00 |
| | | | | |
| **TOTAL** | | | **2,116.30** | **$1,377,568.00** |

**Proskauer**

| Biller | Graduation Year | Billing Rate | Total Billable Hours per Biller | Total Fees |
|---|---|---|---|---|
| Steven H. Holinstat | 1996 | $840 | 338.75 | $284,550.00 |
| Adam J. Farbiarz | 2002 | $790 | 52.50 | $41,475.00 |
| Whitney M. Phelps | 2002 | $790 | 95.25 | $75,247.50 |
| Antonieta P. Lefebvre | 2014 | $550 | 99.00 | $54,450.00 |
| Jacob P. Tucker | 2018 | $550 | 161.75 | $88,962.50 |
| Jacob E. Wonn | 2019 | $400 | 432.75 | $173,100.00 |
| Shiva Pedram | 2020 | $400 | 375.25 | $150,100.00 |
| Alisha A. Bruce | 2021 | $400 | 147.75 | $59,100.00 |
| Isaiah D. Anderson | 2022 | $400 | 178.00 | $71,200.00 |
| Michael J. Menconi | 2023 | $400 | 401.25 | $160,500.00 |
| | | | | |
| Eric R. Chernus | eDiscovery Project Manager | $200 | 184.25 | $36,850.00 |
| Susanna Nagorny | Paraprofessional | $150 | 216.50 | $32,475.00 |
| | | | | |
| **TOTAL** | | | **2,683.00** | **$1,228,010.00** |

**All Firms**

| Organization | Total Billable Hours | Total Fees |
|---|---|---|
| Children's Rights | 8,460.87 | $5,862,154.05 |
| NHeLP | 312.50 | $277,076.00 |
| DRNY | 2,116.30 | $1,377,568.00 |
| Proskauer | 2,683.00 | $1,228,010.00 |
| | | |
| **TOTAL** | **13,572.67** | **$8,744,808.05** |